# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| VINCENT REGAN, | : No. 6 EAL 2022 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| CITY OF PHILADELPHIA (WORKERS' | : |
| COMPENSATION APPEAL BOARD), | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**. Respondent/Appellee's Application for Leave to File an Answer to the Petition for Allowance of Appeal Nun Pro Tunc is hereby **DENIED** as moot.